UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| BEVERLY GAIL LUDWICK,<br><br>    Plaintiff,<br><br>    v.<br><br>CAROLYN W. COLVIN,<br>Commissioner of Social Security Administration,<br><br>    Defendant. | No.  1:14-CV-03028-RHW<br><br>**ORDER GRANTING STIPULATED MOTION FOR REMAND** |

Before the Court is a Stipulated Motion for Remand. ECF No. 18. Based upon the stipulation of the parties, the above-captioned case shall be remanded to the Commissioner of Social Security for further administrative proceedings, including further development of the record, a new hearing, and a new decision.

On remand, the administrative law judge ("ALJ") will: (1) provide Plaintiff with an opportunity to submit additional evidence; (2) re-evaluate Plaintiff's mental impairments pursuant to the special technique in 20 C.F.R. §§ 404.1520a and 416.920a; (3) obtain supplemental evidence from a medical expert regarding the nature and severity, and functional limitations, if any, of Plaintiff's mental impairments; (4) reassess Plaintiff's residual functional capacity, and in doing so, further evaluate the medical opinion evidence; (5) further evaluate the evidence from "other sources" pursuant to 20 C.F.R. §§ 404.1513(d) and 416.913(d) and

**ORDER GRANTING STIPULATED MOTION FOR REMAND ~ 1**

Social Security Ruling 06-03p; (6) further evaluate Plaintiff's subjective complaints (20 C.F.R. §§ 404.1513(d) and 416.913(d) and Social Security Ruling 96-7p); (7) obtain evidence from a vocational expert to clarify the effect of the assessed limitations on Plaintiff's occupational basis; (8) give Plaintiff an opportunity for a hearing; and (9) issue a new decision.

This case is remanded pursuant to sentence four of 42 U.S.C. § 405(g). Upon proper presentation, this Court will consider Plaintiff's application for costs, expenses, and reasonable attorney's fees under the Equal Access to Justice Act, 28 U.S.C. § 2412(a), (d).

Accordingly, **IT IS HEREBY ORDERED**:

1. The Stipulated Motion for Remand, ECF No. 18, is **GRANTED**.
2. The hearing on the Motion for Summary Judgment, ECF No. 14, is **STRICKEN**. All pending motions are **DENIED AS MOOT**.

**IT IS SO ORDERED.** The District Court Executive is directed to enter this Order and forward copies to counsel and **CLOSE** the file.

**DATED** this 29th day of December, 2014.

<u>*s/Robert H. Whaley*</u>
ROBERT H. WHALEY
Senior United States District Judge

**ORDER GRANTING STIPULATED MOTION FOR REMAND ~ 2**

q:\rhw\acivil\social security cases\2014 social security cases\ludwick\ord.grant.remand.docx